IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EDMUND AWAH, | * |
| Plaintiff, | * |
| v. | * Case No. |
| AMSHER COLLECTION SERVICES, INC. | * |
| Defendant. | * |

* * * * * * * * * * * * * * * * * * *

## NOTICE OF REMOVAL

Defendant Amsher Collection Services, Inc. ("Amsher"), by undersigned counsel, respectfully submit this Notice of Removal, stating as follows:

1. On May 30, 2006, Plaintiff Edmund Awah filed this action in the District Court of Maryland for Baltimore City. The action was docketed as Case 6863-2006. The sole Defendant in the action is Amsher.

2. This case arises out of unspecified allegations concerning plaintiff's "credit file." Complaint. In the Complaint, Plaintiff alleges that "[t]he report was fraught with material misrepresentations and fraudulent intent in violation of my consumer rights under FTC rules and federal law." Complaint.

3. On June 13, 2005, the District Court of Maryland for Baltimore City issued a summons to Amsher. The summons and the Complaint were apparently served by certified mail, restricted delivery, to Amsher's President. The summons and the Complaint were received by Amsher on June 23, 2006. This Notice of Removal is being filed within 30 days of service of process.

4. Pursuant to 28 U.S.C. § 1441, this case is removable to the United States District Court for the District of Maryland on the grounds of federal question jurisdiction – the claim or right asserted in this action arises under that laws of the United States. Id. In his Complaint, Awah alleges that Amsher made a false or inaccurate "report on [his] credit report." As a result, Plaintiff alleges that "[t]he report was fraught with material misrepresentations and fraudulent intent in violation of [his] consumer rights under FTC rules and federal law." Complaint.

5. A copy of all process, pleadings, and orders served upon Defendants are submitted with this Notice as required by 28 U.S.C. § 1446(a).

6. Promptly after filing this Notice, undersigned counsel shall file a copy of this Notice with the Clerk of the District Court of Maryland for Baltimore City.

WHEREFORE, Defendant Amsher Collection Services, Inc. respectfully requests that this Court assume jurisdiction in this case as it has been properly removed from the District Court of Maryland for Baltimore City.

/s/
_____
Irwin R. Kramer (Bar No. 04622)
James M. Connolly (Bar No. 23872)
*KRAMER & CONNOLLY*
500 Redland Court, Suite 211
Owings Mills, Maryland 21117
Tel: (410) 581-0070
Fax: (410) 581-1524
*Counsel for Defendant Amsher Collection Services*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 24, 2006, a copy of the foregoing was mailed first class, postage prepaid, to:

Edmund Awah
2406 Marbourne Avenue, Apt. 3D
Baltimore, Maryland 21230

/s/
James M. Connolly

E:\OFFICE\CASES\207-022\1_notice_of_removal.wpd