# DISTRICT COURT OF MARYLAND FOR

501 E Fayette St
Baltimore MD 21202

**COMPLAINT** ☐ $5,000 under ☐ over $5,000 ☒ over $10,000

Clerk: Please docket this case in an action of ☐ contract ☒ tort
☐ replevin ☐ detinue.

The particulars of this case are:

Defendant filed a negative report on my credit file. The report was fraught with material misrepresentations and fraudulent intent. This is in violation of my consumer rights under FTC rules and federal law. A punitive and compensatory relief is sought.

(See Continuation Sheet)
☐ Legal
☐ Contractual _____ %

**CASE NO.**
CV

**PARTIES**

Plaintiff: Edmund Awah
2400 Marbourne Avenue #3D
Baltimore MD 21230

VS.

**Defendant(s):**
1. Amsher Collection Services
2090 Columbiana Rd
Suite 3000
Birmingham
AL 35216-2161
Serve by: ☐ Certified Mail ☒ Private Process ☐ Constable ☐ Sheriff

2. Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

3. S/O The President
Martin Sher
1811 Third Ave N
Birmingham AL 35202
Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

4. Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

The Plaintiff claims:
☐ $ 25,000.00 plus interest of $ _____ and attorney's fees of $ _____ plus court costs.
☐ Return of the property and damages of $ _____ for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of $ _____ for its detention in action of detinue.
☐ Other: _____
and demands judgment for relief.

_____
Signature of Plaintiff/Attorney/Attorney Code
Telephone Number: 301 254-7364

**ATTORNEYS**
For Plaintiff - Name, Address, Telephone Number & Code

RECEIVED DISTRICT COURT OF 2006 FEB 23

## APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT (follows)

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest work sheet
☐ Vouchers ☐ Check ☐ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☐ Plaintiff ☐ _____ of the Plaintiff herein and am competent to testify to
(Owner/Partner/Agent/Officer)
the matters stated herein, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.
☐ That _____

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters. The Defendant is not now in the military service, as defined in the Soldier's and Sailor's Civil Relief Act of 1940 with amendments, nor has been in such service within thirty days hereof.

_____          _____
Date                                      Signature of Affiant

DC/CV 1 (front) (Rev. 11/2004) Print Date (5/2005)

7.25.06 am D4
9/25/06 a.m. 06

Trial Date 09/25/06
LARGE TORT 30.0

Case transferred to United States District Court for the District of Maryland 8/11/06 Reo

TORT

**CASE NO.** 0101-0006863-2006

**CV**

CASE NO.
01 01 000686320006 001

PARTIES

Plaintiff:
AWAH, EDMUND
2406 MARBOURNE AVE #3D
BALTIMORE, MD 21230

VS.

Defendant:
AMSHER COLLECTION SERVICES
2090 COLUMBIANARD STE 3000
BIRMINGHAM, AL 35216-2161

Serve by:
☐ Certified Mail
☐ Private Process
☐ Constable
☐ Sheriff

ATTORNEYS

For Plaintiff - Name, Address, Telephone No & Code

20