IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| **EDMUND AWAH** | * |
| Plaintiff | * |
| v. | * |
| AMSHER COLLECTIONS SERVICES INC., | * Civil ActionNo. 1:06-cv-1899 WMN |
| | * |
| Defendant. | |

\*     \*     \*     \*     \*     \*     \*     \*

## AMENDMENT TO COMPLAINT

Plaintiff, Edmund Awah, proceeding *pro se*, in amending original complaint states as follows

1. Defendant filed a deliquent report, reflecting a debt of $737 on Plaintiff's credit record around September/October 2005, with Equifax, TransUnion and Experian, the three major national credit reporting bureaus based in Atlanta and Pennsylvania respectively.

2. The report was inaccurate, firstly, since the actual debt was around $ 500 and not the $ 737 reported. Secondly, the matter was very much in contention and when Defendant persistently threatened to file the derogatory report, Plaintiff consistently advised Defendant to seek a judicial adjudication to justify that course of action. Defendant ignored the advise.

3. Defendant's action in knowingly filing a derogatory report on Plaintiff's credit history violated the following provisions of the US Code 15

15 U.S.C. section 1681s-2(a)(1)(C)   and
15 U.S.C  section 1681s-2(a)(1)(A)

4. Plaintiff strongly asserts that Defendants were repeatedly advised of the inaccurate nature of the derogatory report but was ignored. It is the contention of Plaintiff that Defendant's actions constituted a material misrepresentation with a malicious intent.

Wherefore, Plaintiff requests the honorable court to sanction the relief.

Respectfully Submitted

_____
Edmund Awah
18319 Lost Knife Circle # 104
Montgomery village
Gaitherssburg MD 20886
Tel: 301 254 7362


Certificate of Service

I HEREBY CERTIFY, that on January 02, 2007 a copy was mailed, first class, postage prepaid to Defendant's Counsel, James Connolly, Kramer and Connolly 500 Redland Court, Owings Mill, MD 21117

_____
Edmund Awah

Dated: January 02, 2007