IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EDMUND AWAH                              :
                                         :
v.                                       :   Civil No. WMN-06-1899
                                         :
AMSHER COLLECTION SERVICES, INC.:

**ORDER**

In accordance with the foregoing memorandum and for the reasons stated therein, IT IS this 15th day of May, 2007, by the United States District Court for the District of Maryland, ORDERED:

1) That Defendant's Renewed Motion for Judgment on the Pleadings, Paper No. 26, is GRANTED;

2) That the Amended Complaint is dismissed;

3) That this action is hereby CLOSED; and

4) That the Clerk of Court shall mail or transmit copies of this Memorandum and Order to Plaintiff and all counsel of record.

```
                        _____/s/_____
                        William M. Nickerson
                        Senior United States District Judge
```